# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 06-20439-ALTONAGA/TURNOFF

UNITED STATES OF AMERICA

v.

ELADIO ALBERTO SANTANA-MILLIAN,

   Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment without prejudice against the above named defendant.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc:   Honorable William C. Turnoff
      AUSA Russell Koonin
      AFPD R. D'Arsey Houlihan
      U.S. Marshall
      Kelly Morris, USPO

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 6/24/02

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE